# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Dong Xie,

Petitioner,

v.

Unknown Party, et al.,

Respondents.

No. CV-26-03163-PHX-MJM (JZB)

**ORDER**

On May 6, 2026, Petitioner filed his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1.) Petitioner asserted that his detention is unreasonably prolonged, and that he has not had a constitutionally adequate bond hearing. (*Id.*) The Court directed Respondent to file a response on May 13, 2026. (Doc. 4.) Respondent was permitted 20 days to respond to the Petition. (*Id.*) Seeing as Respondent failed to file a timely response, the referred Magistrate Judge filed an Order to Show Cause on July 6, 2026, directing Respondent to file a Response on or before July 10, 2026. (Doc. 10.) On July 10, 2026, Respondent filed a Response, wherein he states:

> Respondents hereby respond to the Petition for Writ of Habeas Corpus (Doc. 1) amd [sic] to the Court's Order to Show Cause (Doc. 10). Respondents do not oppose the habeas petition or the requested relief of release from custody.

(Doc. 12.)

The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for immediate release from U.S. Department of Homeland

Security ("DHS") custody.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **GRANTED** as to his request for immediate release from DHS custody.

**IT IS FURTHER ORDERED** that Respondent shall **IMMEDIATELY** release Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that Respondent shall provide a notice of compliance within **48 HOURS** of releasing Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

IT IS SO ORDERED.

DATED this 13th day of July, 2026.

_____

Michael J. McShane

United States District Judge

- 2 -